IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00182-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS V. BRENNAN,

    Defendant.

---

**ORDER GRANTING EXTENSION OF MOTIONS DEADLINE
AND CONTINUANCE OF TRIAL DATE**

---

This matter is before the Court on defendant's Unopposed Motion to Continue Scheduling Order and Trial (Dkt. # 9). For the reasons set forth in defendant's motion requesting a continuance of the trial date, the Court finds pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. It is, therefore,

ORDERED that the pretrial motions deadline is extended to **July 31, 2006** and responses to these motions shall be filed by **August 11, 2006.** It is

FURTHER ORDERED that the final trial preparation conference set for July 28, 2006 is CONTINUED to **November 3, 2006 at 8:30 a.m.**, and the five-day jury trial set for August 7, 2006 is CONTINUED to **November 13, 2006 at 1:30 p.m.**

    DATED: June 13, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge